THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL WELLS, Appellant.

Submitted October 15, 2012; decided October 18, 2012

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that Court pursuant to CPL 460.15.

KENNETH E. RAMSEUR, Appellant, v HUDSONVIEW COMPANY et al., Respondents.

Submitted July 16, 2012; decided October 18, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 804 (2012)].

In the Matter of P. DAVID SOARES, as District Attorney of Albany County, Respondent, v STEPHEN W. HERRICK, as Judge of the County Court of Albany County, Respondent, and NAOMI LOOMIS et al., Appellants.

Submitted October 15, 2012; decided October 18, 2012

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.